IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC L. TOLONEN,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        12-cv-782-bbc

DR. RICHARD HEIDORN,
JEANETTE ZWIERS,
DR. DAVID BURNETT,
DR. KENNETH ADLER and
LIZZIE TEGELS,

        Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dr. Richard Heidorn, Jeanette Zwiers, Dr. David Burnett, Dr. Kenneth Adler and Lizzie Tegels granting their motion for summary judgment and dismissing this case.

/s/         11/26/2013

Peter Oppeneer, Clerk of Court         Date