DOC NO
REC'D/FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

ERIC L. TOLONEN,

        Plaintiff,

V.                          Case No. 12-cv-782-bbc

DR. RICHARD HEIDORN, JEANETTE ZWIERS,
DR. DAVID BURNETT, and DR. KENNETH ADLER,

        Defendants.

---

NOTICE OF APPEAL

---

   Notice is hereby given that the plaintiff, Eric Tolonen hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the Judgment and Order Granting the Defendants Summary Judgment motion in this case on November 26, 2013.

                Dated this 22nd day of December 2013.

                Respectfully Submitted,

                Eric Tolonen

                Eric Tolonen # 424269
                Jackson Correctional Institution
                P.O. Box 233
                Black River Falls, WI 54615